Megan E. Glor, OSB No. 930178
Email: megan@meganglor.com
John C. Shaw, OSB No. 065086
Email: john@meganglor.com
Megan E. Glor, Attorneys at Law, PC
707 NE Knott Street, Suite 101
Portland, OR  97212
Telephone: (503) 223-7400
Facsimile:  (503) 751-2071

Attorneys for Plaintiff Becky Wright

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **BECKY WRIGHT**<br><br>         Plaintiff,<br><br>    v.<br><br>**STANDARD INSURANCE COMPANY,**<br><br>         Defendant. | Case No.  **3:18-cv-1948-YY**<br><br>**JOINT STIPULATED MOTION FOR EXTENSION OF TIME OF CASE DEADLINES**<br><br>*Expedited Review Requested* |

## CERTIFICATION PER L.R. 7.1

The undersigned have conferred and agree upon the contents of this motion.

/ / / /

/ / / /

/ / / /

**JOINT STIPULATED MOTION FOR EXTENSION OF TIME OF CASE DEADLINES- p. 1 of 2**

Megan E. Glor
Attorneys at Law, PC
707 NE Knott Street, Suite 101
Portland, OR 97212
(503) 223-7400

## MOTION

The undersigned respectfully move this Court for an order resetting the current case schedule in this disability benefit case, which is subject to the Employee Retirement Income Security Act, 29 U.S.C. 1001, *et. seq.* (ERISA), as follows:

**Deadline to file stipulated record for judicial review**: Extension from September 20, 2019 to October 16, 2019;

**Dispositive motions deadline**: Extension from September 27, 2019 to October 23, 2019 (with Response and Reply deadlines pursuant to Local Rule).

The parties make this request because they continue to have an unresolved dispute regarding the contents of the record for review and because they are actively engaged in settlement negotiations and would benefit from additional time to attempt to resolve the dispute and case.

For the reasons set forth above, the parties respectfully request that this Court reset and set the case deadlines as set forth above.

DATED September 19, 2019

Respectfully submitted,

s/ Megan E. Glor
Megan E. Glor, OSB No. 930178

Of Attorneys for Plaintiff

s/ Andrew Altschul
Andrew Altschul, OSB No. 980302

Of Attorneys for Defendant

**JOINT STIPULATED MOTION FOR EXTENSION OF TIME OF CASE DEADLINES- p. 2 of 2**

Megan E. Glor
Attorneys at Law, PC
707 NE Knott Street, Suite 101
Portland, OR 97212
(503) 223-7400