Megan E. Glor, OSB No. 930178
Email: megan@meganglor.com
John C. Shaw, OSB No. 065086
Email: john@meganglor.com
Megan E. Glor, Attorneys at Law, PC
707 NE Knott Street, Suite 101
Portland, OR  97212
Telephone: (503) 223-7400
Facsimile:  (503) 751-2071

Attorneys for Plaintiff Becky Wright

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **BECKY WRIGHT**<br><br>**Plaintiff,**<br><br>v.<br><br>**STANDARD INSURANCE COMPANY,**<br><br>**Defendant.** | Case No.  3:18-cv-1948-YY<br><br>**JOINT PROPOSED CASE SCHEDULE** |

Pursuant to the Court's Order of November 5, 2019 (Dkt. #29), the parties propose to resolve this case via the following revised schedule:

Plaintiff's Dispositive Motion filing deadline: December 2, 2019

Stipulated Portion of Record for Judicial Review filing deadline:  December 16, 2019

**Note**: The parties are currently working from the same version of this Record, however, it must be redacted before it is filed.

Defendant's Response/Cross-Motion filing deadline: December 30, 2019

**JOINT PROPOSED CASE SCHEDULE  -  p. 1 of 2**

Plaintiff's Reply filing deadline: January 13, 2020

Defendant's Reply filing deadline: January 27, 2020

As to withholding of the 2016 policy that was the subject of Plaintiff's recent Motion (Dkt. #23), the parties have agreed that the Court can decide which policy applies as part of the dispositive motion briefing scheduled above.  The parties have also agreed that Plaintiff's pending motion should be stayed until after resolution of the parties' dispositive motions, at which time Plaintiff will advise whether she intends to pursue the stayed Motion.

DATED November 22, 2019

Respectfully Submitted,

| | |
|---|---|
| s/ Andrew Altschul | s/ Megan E. Glor |
| Andrew Altschul, OSB No. 980302 | Megan E. Glor, OSB No. 930178 |
| Attorneys for Defendant | Attorney for Plaintiff |

**JOINT PROPOSED CASE SCHEDULE  -  p. 2 of 2**