Megan E. Glor, OSB No. 930178
Email: megan@meganglor.com
John C. Shaw, OSB No. 065086
Email: john@meganglor.com
Megan E. Glor, Attorneys at Law, PC
707 NE Knott Street, Suite 101
Portland, OR  97212
Telephone: (503) 223-7400
Facsimile:  (503) 751-2071

Attorneys for Plaintiff Becky Wright

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **BECKY WRIGHT,**<br><br>        Plaintiff,<br><br>    v.<br><br>**STANDARD INSURANCE COMPANY,**<br><br>        Defendant. | Case No.  3:18-cv-1948-YY<br><br>**DECLARATION OF MEGAN E. GLOR IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT PURSUANT TO FED. R. CIV. PRO. 52(a)** |

I, Megan E. Glor, do hereby declare under penalty of perjury and in accordance with the laws of the State of Oregon that the following statements are true and based upon personal knowledge:

1. I represent Plaintiff Becky Wright in this case.

**DECLARATION OF MEGAN E. GLOR IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT PURSUANT TO FED. R. CIV. PRO. 52(a)  - Page 1 of 2**

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
503-223-7400

2.  On or about August 23, 2019, after email and telephone communications that extended for over more than a month, Qorvo's Benefit Manager transmitted to me by email the document attached hereto as Exhibit A.

3.  On or about August 23, 2019, Qorvo's Benefit Manager also transmitted to me by email the document attached hereto as Exhibit B.

DATED: December 2, 2019

s/ Megan E. Glor<br>
Megan E. Glor, OSB No. 930178

**DECLARATION OF MEGAN E. GLOR IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT PURSUANT TO FED. R. CIV. PRO. 52(a)  - Page 2 of 2**

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
503-223-7400