**Andrew Altschul, OSB No. 980302**
E-mail: andrew@baaslaw.com
BUCHANAN ANGELI ALTSCHUL
& SULLIVAN LLP
921 SW Washington St., Suite 516
Portland, OR 97205
Telephone: (503) 974-5015
Facsimile: (971) 230-0337

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **BECKY WRIGHT,** | Civil No. 3:18-cv-1948-YY |
| Plaintiff, | |
| v. | **DECLARATION OF CHRISTOPHER POWERS** |
| **STANDARD INSURANCE COMPANY,** | |
| Defendant. | |

I, Christopher Powers, declare under penalty of perjury:

1.  I am a Senior Benefits Review Specialist with Standard Insurance Company.

2.  Attached as Exhibit 1, bates numbered STND 18-04329-000001 to STND18-04329-002464, is a true copy of the Administrative Record including the controlling plan documents in this matter with plaintiff's private identification information (e.g., social security number and date of birth) redacted.

I HEREBY DECLARE AND VERIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND THAT IT IS MADE FOR USE AS EVIDENCE IN

Page 1  -  **DECLARATION OF CHRISTOPHER POWERS**

COURT, AND INTENDED SPECIFICALLY FOR THE USE IN THE ABOVE-CAPTIONED COURT PROCEEDING.

Dated: December 17, 2019.

_____
Christopher Powers

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DECLARATION OF CHRISTOPHER POWERS** on the following-named persons on the date indicated below in the manner indicated:

☐ mailing with postage prepaid

☐ hand delivery

☐ facsimile transmission

☐ email

☒ notice of electronic filing using the CM/ECF system

Megan E. Glor
Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR 97212
megan@meganglor.com

Attorneys for Plaintiff


DATED:  December 17, 2019

                BUCHANAN ANGELI ALTSCHUL &
                SULLIVAN LLP

                s/ Andrew Altschul
                Andrew Altschul, OSB No. 980302
                Telephone: (503) 974-5015
                Attorneys for Defendant