**Andrew Altschul, OSB No. 980302**
E-mail: andrew@baaslaw.com
BUCHANAN ANGELI ALTSCHUL
& SULLIVAN LLP
921 SW Washington St., Suite 600516
Portland, OR 97205
Telephone: (503) 974-5015
Facsimile: (971) 230-0337

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **BECKY WRIGHT,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**STANDARD INSURANCE COMPANY,**<br><br>　　　　　Defendant. | Civil No. 3:18-cv-1948-YY<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)**

Pursuant to Local Rule 7.1(a), counsel for the parties have conferred and have agreed to petition the court jointly to extend the deadlines to complete discovery as set forth herein.

**MOTION**

Pursuant to L.R. 16.3, defendant hereby seeks an extension of time within which to file our reply to plaintiff's response to defendant's motion for summary judgment. The current scheduled deadline is February 10, 2020. We respectfully request a one-week

Page 1 -   **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

extension to February 17, 2020.  This motion is made due to the press of business and not for the purpose of delay.

DATED: February 7, 2020.

BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP

s/ Andrew Altschul
Andrew Altschul, OSB No. 980302
andrew@baaslaw.com
Telephone: (503) 974-5015
Attorneys for Defendant

Page 2   -   **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** on the following-named persons on the date indicated below in the manner indicated:

☐ mailing with postage prepaid

☐ hand delivery

☐ facsimile transmission

☐ email

☒ notice of electronic filing using the CM/ECF system

Megan E. Glor
Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR 97212
megan@meganglor.com

Attorneys for Plaintiff

DATED: February 7, 2020

BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP

s/ Andrew Altschul
Andrew Altschul, OSB No. 980302
Telephone: (503) 974-5015
Attorneys for Defendant

Page 1 – CERTIFICATE OF SERVICE